**Opinion issued April 25, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00060-CV

————————————

**JAMEY ANGEL BUTLER, Appellant**

**V.**

**CHARLES E. BUTLER, Appellee**

On Appeal from the 245th District Court
Harris County, Texas
Trial Court Case No. 2018-71524

## MEMORANDUM OPINION

Appellant, Jamey Angel Butler, has filed a notice of appeal from the trial court's November 1, 2022 final order on petition to modify parent-child relationship. Appellant has neither established indigence for purposes of costs nor paid or made arrangements to pay the fee for the preparation of the clerk's record. *See* TEX. R.

CIV. P. 145; TEX. R. APP. P. 20.1(a), 37.3(b). On March 2, 2023, appellant was notified that this appeal was subject to dismissal if she did not submit written evidence that she had paid or made arrangements to pay the fee for the preparation of the clerk's record by April 3, 2023. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c). Appellant did not adequately respond.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.